```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04497
   SANDRA KAY DOSTIE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-3684

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/10/2005 and was confirmed 04/13/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 09/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED            2200.64            .00          2200.64
CAPITAL ONE BANK           FILED LATE           1064.08            .00             .00
CAPTAL ONE                 NOTICE ONLY        NOT FILED            .00             .00
CAPITAL ONE BANK           NOTICE ONLY        NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED            1069.47            .00          1069.47
COMCAST                    UNSECURED         NOT FILED             .00             .00
COMCAST                    NOTICE ONLY       NOT FILED             .00             .00
FIRST EAGLE FCU            UNSECURED         NOT FILED             .00             .00
PREMIER BANCARD CHARTER    UNSECURED             385.13            .00           385.13
ROUNDUP FUNDING LLC        UNSECURED            1607.56            .00          1607.56
HOUSEHOLD BANK NA          NOTICE ONLY       NOT FILED             .00             .00
ILLINOIS COLLECTION SERV   UNSECURED         NOT FILED             .00             .00
WORLD FINANCIAL NETWORK    UNSECURED             676.01            .00           676.01
LANE BRYANT                NOTICE ONLY       NOT FILED             .00             .00
MARSHALL FIELDS            UNSECURED             301.40            .00           301.40
MARSHALL FIELDS            NOTICE ONLY       NOT FILED             .00             .00
MEDICAL ASSOCIATION SERV   UNSECURED         NOT FILED             .00             .00
NORTHWESTERN MEMORIAL HO   UNSECURED         NOT FILED             .00             .00
PREMIER BANCARD CHARTER    UNSECURED         NOT FILED             .00             .00
PREMIER BANK               NOTICE ONLY       NOT FILED             .00             .00
CACV CHASE MANHATTAN BAN   UNSECURED            8326.67            .00          8326.67
PROVIDIAN                  NOTICE ONLY       NOT FILED             .00             .00
SPIEGEL                    UNSECURED         NOT FILED             .00             .00
STATE FARM INSURANCE       UNSECURED         NOT FILED             .00             .00
WORLDWIDE ASSET PURCHASI   UNSECURED         NOT FILED             .00             .00
WORLDWIDE ASSET PURCHASI   NOTICE ONLY       NOT FILED             .00             .00
GLEASON & MACMASTER        DEBTOR ATTY          1,494.00                        1,494.00
TOM VAUGHN                 TRUSTEE                                                883.71
DEBTOR REFUND              REFUND                                                  23.69

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 04497 SANDRA KAY DOSTIE
```

```
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    16,968.28

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                          14,566.88
ADMINISTRATIVE                                      1,494.00
TRUSTEE COMPENSATION                                  883.71
DEBTOR REFUND                                          23.69
                         ---------------      ---------------
TOTALS                     16,968.28               16,968.28
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 12/27/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 04497 SANDRA KAY DOSTIE